# EXHIBIT A

# ASSIGNMENT AND EXCLUSIVE LICENSE AND DISTRIBUTION AGREEMENT

**THIS ASSIGNMENT AND EXCLUSIVE LICENSE AND DISTRIBUTION AGREEMENT** is entered into July 9th, 2014 ("Effective Date") between the below parties (the "PARTIES"):

A.  Ipsen Ltd., a company organized and existing under the laws of England, with registered offices located at 190 Bath Road, Slough, Berkshire SLA 3XE, United Kingdom, acting in its own name and on behalf of its Affiliates ("IPSEN");

and

B.  GALDERMA S.A., a corporation duly organised and existing under the laws of Switzerland, having its registered office located at 6330 CHAM, Zugerstrasse 8, Switzerland, acting in its own name and on behalf of its Affiliates ("GALDERMA");



For this Agreement, "Affiliates" has the meaning given to it in the Europe DDA;





6.4   Confidentiality

This Agreement, the contents thereof, and the discussions between the PARTIES leading up to the execution of this Agreement are strictly confidential. Neither PARTY hereto, including their respective affiliated companies, directors, employees and agents, shall disclose any information concerning this Agreement, the contents thereof, or the discussions between the PARTIES leading up to the execution of this Agreement or any other confidential information received from the other PARTY, except as may be required by applicable law or legal process, or otherwise required or requested by any relevant regulatory or administrative body.

6.5   Governing Law and Jurisdiction

This Agreement shall be governed by the laws of Belgium. All disputes arising out of or in connection with the present Agreement shall be finally settled under the Rules of Arbitration of the International Chamber of Commerce by three arbitrators appointed in accordance with the said Rules. The seat of arbitration shall be Brussels and the language of arbitration shall be English.

■ ▬▬

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬

■ ▬▬

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬

■ ▬▬▬▬

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

Signed in duplicate by the duly authorized representatives of the PARTIES this July 1st, 2014.

| IPSEN Ltd. | GALDERMA S.A. |
|---|---|
| By: _____ | By: _____ |
| Name: MARC DE GARIDEL | Name: Humberto C. Antunes |
| Title: Chairman & CEO | Title: CEO |