# EXHIBIT C

**ICC Case No. 26409/PAR**

**IN THE MATTER OF AN ARBITRATION UNDER THE RULES OF ARBITRATION OF THE INTERNATIONAL CHAMBER OF COMMERCE**

**GALDERMA SA**
**(Switzerland)**

*Claimant*

v.

**IPSEN BIOPHARM LTD**
**(United Kingdom)**

**IPSEN PHARMA SAS**
**(France)**

and

**IPSEN SA**
**(France)**

*Respondents*

_____

**STATEMENT OF CLAIM**
_____

Kirkland & Ellis International LLP
30 St. Mary Axe
London EC3A 8AF
United Kingdom

NautaDutilh
Chaussée de la Hulpe 120
1000 Brussels
Belgium

Counsel for the Claimant
28 February 2022



70. The term "Affiliates" is defined by reference to the Distribution and Development Agreement entered into between Ipsen Ltd. and Galderma Pharma SA on or around 9 February 2007 (the "**Europe DDA**"),[93] which provides that "Affiliate":

> "*means, in relation to any party, any person, corporation or entity which directly or indirectly controls, is controlled by or under common control with such party. Control shall be deemed to exist if a party beneficially owns more than 50% of the share capital and/or of the voting rights of such a person, corporation or entity. An Affiliate shall not be considered a Third party under this Agreement.*"[94]



22

Respectfully submitted on behalf of **Galderma SA,**

By: *[signature: Kirkland & Ellis]*

Kirkland & Ellis International LLP
30 St. Mary Axe
London EC3A 8AF
United Kingdom


By: *[signature]* Florence Verhoestraete     *[signature]* Sophie Jacmain
NautaDutilh
Chaussée de la Hulpe 120
1000 Brussels
Belgium


28 February 2022