# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IPSEN BIOPHARM LTD., <br><br> Plaintiff, <br><br> v. <br><br> GALDERMA LABORATORIES, L.P., <br><br> Defendant. | CASE NO. 4:22-CV-00662-O |

### DECLARATION OF MEGAN DONOVAN

I, Megan Donovan, hereby declare:

1. I am a Director of Galderma Laboratories, L.P. I am over twenty-one years of age and of sound mind. I have never been convicted of a crime. I am competent to testify and have personal knowledge of the facts stated in this declaration.

2. As a Director of Galderma Laboratories, L.P., I am familiar with the corporate structure of the company.

3. I have reviewed Galderma Laboratories, L.P.'s corporate structure documents and confirm that Galderma S.A. owns more than 50% of Galderma Laboratories, L.P.

My name is Megan Donovan, my date of birth is May 5, 1968, and business address is 14501 North Freeway, Fort Worth, Texas, 76177. I declare under penalty of perjury that the forgoing is true and correct.

Executed in San Luis Obispo County, California on the 5th day of August, 2022.

*Megan Donovan*
_____
MEGAN DONOVAN

1