# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IPSEN BIOPHARM LTD., <br><br> Plaintiff, <br><br> v. <br><br> GALDERMA LABORATORIES, L.P., <br><br> Defendant. | CASE NO. 4:22-CV-00662-O |

## ORDER OF DISMISSAL

Pending before the Court is Defendant Galderma Laboratories, L.P.'s Motion to Dismiss Complaint for Injunctive Relief (the "Motion to Dismiss") (ECF No. 21). Upon consideration, the Court finds that Defendant's Motion to Dismiss is GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint for Injunctive Relief is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.