IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IPSEN BIOPHARM LTD., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GALDERMA LABORATORIES, L.P., § <br> and GALDERMA RESEARCH & § <br> DEVELOPMENT, LLC, § <br> § <br> Defendants. § | Civil Action No.  4:22-cv-00662-O |

## FINAL JUDGMENT

On August 23, 2022, Defendants filed their Motion to Dismiss Complaint for Injunctive Relief (ECF No. 21). Having granted that Motion, the Court now enters final judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-styled-and-numbered lawsuit, is **DISMISSED**.

**SO ORDERED** on this **8th day** of **March, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE